PJC
F. #2022R00297

**FILED**

*11:52 am, Sep 18, 2024*

U.S. DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

JANE DOE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Cr. No. **1:24-cr-00372(NCM)**

        PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant JANE DOE's waiver of

indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
          September 18, 2024

                              BREON PEACE
                              United States Attorney
                              Eastern District of New York

                              GLENN S. LEON
                              Chief, Fraud Section
                              Criminal Division
                              U.S. Department of Justice

        By:    /s/Patrick J. Campbell
                   Patrick J. Campbell
                   Trial Attorney, Fraud Section
                   Criminal Division
                   U.S. Department of Justice
                   (202) 262-7067

Cc:    Clerk of the Court
       Duncan Levin, Esq.